IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KIANDRE JOHNSON,<br><br>　　　　　　Defendant. | CASE NO.  1:16-CR-00069 LJO<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |

On June 22, 2016, the Honorable Glenda Allen-Hill, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of *People v. Kiandre Johnson*, F14910423 and F13905915 to proceed.  The defendant's appearance before the state court judge is necessary on June 27, 2016 at 8:30 a.m. for a hearing on allegations of violations of probation.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail.  His next appearance before the United States District Court is scheduled for June 26, 2017 at 1:30 p.m.  It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is June 26, 2017 for a motion hearing:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may produce the defendant in state court on June 27, 2016 for purposes of his presence at the preliminary hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on June 27, 2016.  The Court further orders that the Fresno County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with his return immediately thereafter after the U.S. Marshal Service and the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance.  Under no circumstances is the defendant to be released from the physical custody

of the Fresno County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated:   **June 24, 2016**                                    /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE