**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIANDRE JOHNSON,<br><br>    Defendant. | Case No.: 1:16CR00069 LJO<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

**ORDER**

Upon a showing of good cause and pursuant to the parties' stipulated request for a continuance of the defendant's sentencing hearing currently scheduled for October 29, 2018, the court hereby GRANTS the requested continuance. The defendant's sentencing hearing is hereby continued to December 17, 2018 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **October 4, 2018**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE