VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero St
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902
E-mail: vsantos@santoslg.com


Attorney for KIANDRE JOHNSON



**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:16CR00069 JLT |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE SENTENCING HEARING** |
| | ) |
| v. | ) |
| | ) |
| KIANDRE JOHNSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |


        Defendant, KIANDRE JOHNSON, by and through his attorney of record, Virna L.

Santos, and Assistant United States Attorney Kimberly A. Sanchez, hereby requesting that the

sentencing hearing currently set for January 28, 2022 be continued to February 18, 2022.

        This continuance is necessary due to counsel's inability to contact Mr. Johnson because

of pandemic-related lockdowns at USP Victorville and the difficulties associated with

coordinating teleconference calls with the prison.



STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING          1

AUSA Kimberly A. Sanchez has no objection to the request and agrees to the new hearing date of February 18, 2022 at 9:00 a.m. via teleconference.

**IS SO STIPULATED.**

Respectfully Submitted,

DATED:  January 21, 2022                    /s/_Virna L. Santos_____ _
                                            VIRNA L. SANTOS
                                            Attorney for Defendant Kiandre Johnson


DATED: January 21, 2022                     /s/_Kimberly A. Sanchez _____ _
                                            KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney

ORDER


The sentencing hearing currently set for January 28, 2022 is hereby continued to February 18, 2022 at 9:00 a.m. via teleconference.


IT IS SO ORDERED.

Dated:   **January 21, 2022**

UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING

2