UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No: 1:16-CR-00069-8 JLT |
| )  Plaintiff,     ) | **ORDER APPOINTING COUNSEL** |
| )       vs.     ) | |
| )  KIANDRE JOHNSON,   ) | |
| )       Defendant.   ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him on Compassionate Release. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

That Meredith Fahn be appointed represent the above defendant in this case effective *nunc pro tunc* to August 10, 2022, substituting the Federal Defenders Office appointed per G.O. 595. This appointment shall remain in effect until further order of this Court.

IT IS SO ORDERED.

Dated:   **August 16, 2022**

UNITED STATES DISTRICT JUDGE